# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135634 & (29)(30)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT MILTON SEVREY,
     Defendant-Appellant.

SC: 135634
COA: 277939
Muskegon CC: 03-049444-FH

_____/

     On order of the Court, the application for leave to appeal the December 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for appointment of counsel and to remand are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

s0616

Clerk